People v Smith (2025 NY Slip Op 05262)

People v Smith

2025 NY Slip Op 05262

Decided on October 1, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 1, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
HELEN VOUTSINAS
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2023-01948
 (Ind. No. 72258/22)

[*1]The People of the State of New York, respondent, 
v
Darryl Smith, appellant.

Patricia Pazner, New York, NY (Elisabeth R. Calcaterra of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Danielle M. O'Boyle, and Trevor B. Cannella of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Toni Cimino, J.), rendered February 
2, 2023, convicting him of criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence as a second felony offender (Penal Law § 70.06) is unconstitutional in light of Erlinger v United States (602 US 821) is unpreserved for appellate review, as the defendant failed to raise a constitutional challenge before the Supreme Court (see CPL 470.05[2]; People v Munoz, 237 AD3d 1110, citing People v Rosen, 96 NY2d 329, 335, People v Locenitt, 157 AD3d 905, 907-908). We decline to review it in the exercise of our interest of justice jurisdiction (see People v Bynum, 225 AD3d 781, 781).
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
CONNOLLY, J.P., VOUTSINAS, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court